# ELECTRONIC RECORD

**381-15**

COA #    02-13-00380-CR          OFFENSE:    1

STYLE:   Adrian Lee Whitemon v. The State      COUNTY:    Tarrant
         of Texas

COA DISPOSITION:    AFFIRM          TRIAL COURT:    432nd District Court

DATE: 03/05/2015          Publish: YES    TC CASE #:    1209550D

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Adrian Lee Whitemon v. The State
         of Texas                              CCA #:    **381-15**

____APPELLANT'S____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

____REFUSED____                              JUDGE:          _____

DATE: ____06/17/2015____          SIGNED: _____          PC: _____

JUDGE: ____Per Curiam____          PUBLISH: _____          DNP: _____

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____